## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | | Case No. | 4:18-CR-6017-EFS |
|---|---|---|---|
| | Plaintiff, | **CRIMINAL MINUTES** | |
| -vs- | | DATE: | AUGUST 7, 2018 |
| JOEY JOSE LOPEZ | | LOCATION: | RICHLAND |
| | Defendant. | **SENTENCING HEARING** | |

| Hon. Edward F. Shea | | |
|---|---|---|
| Cora Vargas | 02 | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| George J.C. Jacobs, III | | Jeremy Sporn |
| **Government's Counsel** | | **Defendant's Counsel** |
| **United States Probation Officer:**   SanJuanita Coronado | | |

**[X]  Open Court**          **[ ]  Chambers**          **[ ]  Telecon**

Defendant present, in custody of the US Marshal

Argument and recommendation by Mr. Jacobs

Argument by Mr. Sporn in opposition to Government's objection to Presentence Investigation Report

SanJaunita Coronado, US Probation Officer, Sworn to Testify
Examination of witness by Court
Cross-examination of witness by Sporn
Witness steps down

The Court rules on and accepts the Presentence Investigation Report

Argument and recommendation by Mr. Sporn

Defendant addresses the Court on his own behalf

**Imprisonment: 18 months**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at FCI Seatac, Washington

**Supervised Release:  3 years** on standard conditions and the following special conditions:

**[ X ]  ORDER FORTHCOMING**

| **CONVENED:**  9:57 A.M. | **ADJOURNED:**  10:36 A.M. | **TIME:**  0:39 MINS | **CALENDARED**  [   ] |
|---|---|---|---|

*USA -vs- Lopez*   August 7, 2018
4:18-CR-6017-EFS   Page 2
Sentencing Hearing

1. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

5. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Special Penalty Assessment**: $100.00
**Fine:** waived
**Restitution**: $350.00

Appeal rights waived pursuant to the Plea Agreement previously executed by the parties and filed in this matter