PROB 12C
(6/16)

Report Date: July 24, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joey Jose Lopez     Case Number: 0980 4:18CR06017-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 7, 2018

Original Offense:     Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 18 months; TSR - 36 months     Type of Supervision: Supervised Release

Asst. U.S. Attorney:   George J. C. Jacobs, III     Date Supervision Commenced: July 19, 2019

Defense Attorney:     Jeremy B. Sporn     Date Supervision Expires: July 18, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to release within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |

**Supporting Evidence**: Joey Jose Lopez is considered to be in violation of his conditions of supervised release by failing to report to the U.S. Probation Office within 72 hours of his release from the Bureau of Prisons (BOP) on July 19, 2019.

On July 15, 2019, BOP provided U.S. Probation with a Prisoner Release Notification, advising Mr. Lopez would be releasing from custody on July 19, 2019. Also provided to U.S. Probation was a Notice of Release and Arrival signed by Mr. Lopez indicating he was made aware of his obligation to report for supervision within 72 hours of his release from imprisonment.

The undersigned officer confirmed via the BOP inmate locator website that Mr. Lopez released from BOP custody on July 19, 2019. It is also confirmed that Mr. Lopez is not currently incarcerated in any local jails. As of the date of this report, Mr. Lopez has not attempted to contact the U.S. Probation Office in Richland in any manner and his

Prob12C
**Re: Lopez, Joey Jose**
**July 24, 2019**
**Page 2**

whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/24/2019

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

7/24/2019

Date