PROB 12C
(6/16)

Report Date: September 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 24, 2020**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joey Jose Lopez | Case Number: 0980 4:18CR06017-EFS-1 |
| Address of Offender: | , Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 7, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 02/06/2020 | Prison - 4 months; TSR - 32 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: May 1, 2020 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: December 31, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substance, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 test per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Joey Jose Lopez is considered to be in violation of his conditions of supervised release by using marijuana on or about August 28, 2020. |
| | Mr. Lopez's supervised released commenced on May 1, 2020. His conditions of release were reviewed with and acknowledged by him on May 5, 2020, including special condition number 5, as noted above. |
| | Mr. Lopez contacted the undersigned officer on September 1, 2020, to report he completed a substance abuse assessment at Merit Resource Services (Merit) on August 30, 2020. As part of the assessment process, he was asked to provide a urinalysis test. Mr. Lopez reported |

the urinalysis test was positive for marijuana and admitted to using marijuana on or about August 28, 2020.

Another urinalysis test was conducted by Merit on September 10, 2020. This urinalysis test again tested positive for marijuana use. Mr. Lopez contacted the undersigned officer to advise he provided a urinalysis test on this date and denied further use of marijuana. Results from Alere Laboratories was received on September 20, 2020, which confirmed this sample was positive for the presence of tetrahydrocannabinol, the main psychoactive ingredient in marijuana. The positive result is considered residual use.

| | |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Joey Jose Lopez is considered to be in violation of his conditions of supervised release by being charged with second degree assault with a deadly weapon and first degree unlawful possession of a firearm on September 11, 2020, Benton County Superior Court case number 20-1-01112-03.

Mr. Lopez's supervised released commenced on May 1, 2020. His conditions of release were reviewed with and acknowledged by him on May 5, 2020, including mandatory condition number 1, as noted above.

According to police reports, the Kennewick Police Department (KPD) was dispatched to a weapons complaint at the Star Vista Apartments, 2604 West Bruneau Place, Kennewick, Washington, on September 11, 2020, at approximately 9:20 p.m. The reporting party indicated Mr. Lopez had pointed a firearm at them while they were driving in the parking lot of the apartment complex. The reporting party explained Mr. Lopez had previously pulled a handgun on them a few days before this report was made, and on this evening pulled a handgun and pointed it at them again, as well as following the reporting party with the handgun while they drove out of the parking lot. The reporting party indicated they were fearful for their lives and believed Mr. Lopez was going to shoot at them. It should be noted, Mr. Lopez has provided this residence, 2604 West Bruneau Place, Apartment 7, as his residence.

KPD surrounded Mr. Lopez's apartment and he was observed exiting the apartment. He was called back to the officer's patrol cars and detained. A search warrant for the apartment was requested by KPD officers. While waiting for the search warrant to be approved, Mr. Lopez advised he wished to speak with KPD officers and provide them information as to what they would find in the apartment. Mr. Lopez admitted there was 9 millimeter ammunition in the apartment, and at least two 9 millimeter magazines in the bedroom of the apartment. Mr. Lopez was asked about a gun, but did not answer in the affirmative that there was a gun in his apartment.

The search warrant was approved and KPD initiated a search of apartment number 7. Officers located a loaded magazine on the top of the bed in the bedroom; two .22 caliber rounds and one .40 caliber round between the mattresses in the bedroom; six .38 caliber rounds in a black sock which was located in between pairs of shorts on a brown shelf in the bedroom; eight 9 millimeter rounds and a box of ammunition which were wrapped up in a pair of shorts on a brown shelf in the bedroom; a box of .40 caliber ammunition and a gun cleaning kit located next to the television stand in the bedroom in a box; a .300 caliber H&H

Prob12C
**Re: Lopez, Joey Jose**
**September 24, 2020**
**Page 3**

        Rifle cartridge located in a bag on the bedroom floor; and a loaded Glock magazine and two .22 caliber live rounds which were located in a bin on the top shelf in the closet. A loaded Glock model 19 9 millimeter handgun was located in the closet of the bedroom. The gun was pinned between the wall and a box.

        After completion of the search warrant, Mr. Lopez admitted to KPD officers that the Glock model 19 9 millimeter handgun was his. Officers noted that at the time he made this statement, he was not told by officers what the make or model of the firearm which was found in his apartment. Mr. Lopez was transported and booked into the Benton County Jail.

        These charges are still pending in Benton County Superior Court. His next hearing is currently scheduled for October 15, 2020.

3        **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

        **Supporting Evidence**: Joey Jose Lopez is considered to be in violation of his conditions of supervised release by having access to a firearm and ammunition on or about September 11, 2020.

        Mr. Lopez's supervised released commenced on May 1, 2020. His conditions of release were reviewed with and acknowledged by him on May 5, 2020, including standard condition number 10, as noted above.

        As noted in the above allegation, Mr. Lopez's apartment was searched by the Kennewick Police Department (KPD) on September 11, 2012, after a complaint was received alleging Mr. Lopez pointed a firearm at the reporting party. KPD found a Glock model 19 9 millimeter handgun and numerous amounts of ammunition in the apartment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/24/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
Re: Lopez, Joey Jose
September 24, 2020
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

September 24, 2020

Date