FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2021

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOEY JOSE LOPEZ,<br><br>      Defendant. | No. 4:18-CR-6017-EFS-1<br><br>**ORDER CONTINUING**<br>**SUPERVISED RELEASE HEARING** |

On July 23, 2021, Defendant Joey Jose Lopez appeared before Magistrate Judge Dimke regarding the U.S. Probation Office's allegation that Defendant violated conditions of supervised release. Defendant was ordered to appear before this Court for a supervised release (SR) hearing on August 24, 2021. The Court, however, must reset the hearing to August 31, 2021. Accordingly, the Court now enters the following scheduling Order.

 **IT IS HEREBY ORDERED:**

 1. The August 24, 2021 supervised release hearing is **RESET** to **August 31, 2021, at 11:00 a.m. in RICHLAND**.

 2. The SR hearing is scheduled to last for thirty (30) minutes. If counsel believes that the hearing will last longer, counsel shall contact the

ORDER REGARDING SCHEDULE FOR SR HEARING - 1

Courtroom Deputy at (509) 943-8174 within **seven (7) days** of the date of this Order to request additional time.

3.      The U.S. Probation Office shall file its recommendation, with disclosure limited to the Court only, **by August 24, 2021**.

4.      Counsel shall file any material to be considered at the supervised release hearing **by August 19, 2021.** Counsel are limited a single memorandum of points and authorities, not to exceed 5 pages.

5.      Counsel shall file any responsive memorandum, not to exceed 5 pages, **by August 23, 2021**.

6.      No other pleadings shall be filed without the advance permission of the Court.

**IT IS SO ORDERED**.  The Clerk's Office is directed to enter this Order and to provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 11th  day of August 2021.

_Edward F. Shea_
EDWARD F. SHEA
Senior United States District Judge

ORDER REGARDING SCHEDULE FOR SR HEARING -
2