# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. JOEY JOSE LOPEZ**          Case No.          **4:18-CR-06017-EFS-1**

Richland Video Conference
The Defendant agreed to appear via video conference.

## Initial Appearance on Additional Supervised Release Petition:          08/12/2021

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Matthew Stone, US Atty (video) |
| | | ☒ | Kenneth Therrien & Chad Mitchell, Defense Atty (video) |
| ☒ | Dan Manning, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM appearing from Benton County Jail | | |

---

| | | | |
|---|---|---|---|
| ☐ | USA Oral Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights previously filed |
| ☒ | Financial Affidavit (CJA 23) previously filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☒ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

Due to the current public health crisis, all parties including Defendant, appeared via video or teleconference.

Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the petition filed on 7/26/2021 regarding alleged violation number 4.

The Defendant acknowledged to the Court that his true and correct name is: Joey Jose Lopez.

A denial of the violations pending on the petition is entered on behalf of Defendant.

**The Court ordered:**

1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

---

| Detention Hearing: | Preliminary Hearing: | Revocation Hearing: |
|---|---|---|
| *Being held on a different matter.* | *Waived by Defendant* | **08/31/2021 @ 11:00 a.m. [R/EFS]** |