PROB 12C
(6/16)

Report Date: July 23, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joey Jose Lopez | Case Number: 0980 4:18CR06017-EFS-1 |
| Address of Offender: | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 7, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 2/6/20202 | Prison- 4 months<br>TSR- 32 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: 5/1/2020 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: 12/31/2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/24/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**:You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**:  Joey Jose Lopez is considered to be in violation of his conditions of supervised release by being indicted with felon in possession of a firearm in the Eastern District of Washington, docket number 4:21-CR-06019-SAB, on May 12, 2021.<br><br>Mr. Lopez's supervised released commenced on May 1, 2020. His conditions of release were reviewed with and acknowledged by him on May 5, 2020, including mandatory condition number 1, as noted above.<br><br>According to police reports, the Kennewick Police Department (KPD) was dispatched to a weapons complaint at the Star Vista Apartments, 2604 West Bruneau Place, Kennewick, Washington, on September 11, 2020, at approximately 9:20 p.m. The reporting party indicated Mr. Lopez had pointed a firearm at them while they were driving in the parking lot of the apartment complex. The reporting party explained Mr. Lopez had previously pulled |

Prob12C
Re: Lopez, Joey Jose
July 23, 2021
Page 2

a handgun on them a few days before this report was made, and on this evening pulled a handgun and pointed it at them again, as well as following the reporting party with the handgun while they drove out of the parking lot. The reporting party indicated they were fearful for their lives and believed Mr. Lopez was going to shoot at them. It should be noted, Mr. Lopez has provided this residence, 2604 West Bruneau Place, Apartment 7, as his residence.

KPD surrounded Mr. Lopez's apartment and he was observed exiting the apartment. He was called back to the officer's patrol cars and detained. A search warrant for the apartment was requested by KPD officers. While waiting for the search warrant to be approved, Mr. Lopez advised he wished to speak with KPD officers and provide them information as to what they would find in the apartment. Mr. Lopez admitted there was 9 millimeter ammunition in the apartment, and at least two 9 millimeter magazines in the bedroom of the apartment. Mr. Lopez was asked about a gun, but did not answer in the affirmative that there was a gun in his apartment.

The search warrant was approved and KPD initiated a search of apartment number 7. Officers located a loaded magazine on the top of the bed in the bedroom; two .22 caliber rounds and one .40 caliber round between the mattresses in the bedroom; six .38 caliber rounds in a black sock which was located in between pairs of shorts on a brown shelf in the bedroom; eight 9 millimeter rounds and a box of ammunition which were wrapped up in a pair of shorts on a brown shelf in the bedroom; a box of .40 caliber ammunition and a gun cleaning kit located next to the television stand in the bedroom in a box; a .300 caliber H&H Rifle cartridge located in a bag on the bedroom floor; and a loaded Glock magazine and two .22 caliber live rounds which were located in a bin on the top shelf in the closet. A loaded Glock model 19 9 millimeter handgun was located in the closet of the bedroom. The gun was pinned between the wall and a box.

After completion of the search warrant, Mr. Lopez admitted to KPD officers that the Glock model 19 9 millimeter handgun was his. Officers noted that at the time he made this statement, he was not told by officers what the make or model of the firearm was which was found in his apartment. Mr. Lopez was transported and booked into the Benton County Jail. He was originally charged with second degree assault and first degree unlawful possession of a firearm, Benton County Superior Court case number 20-1-011123-03. These charges were dismissed by Benton County Superior Court on July 22, 2021. He has been indicted in the Eastern District of Washington on new charges of felon in possession of a firearm, and has an initial appearance scheduled for July 23, 2021, at 1:30 p.m.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Lopez, Joey Jose
July 23, 2021
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/23/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/26/2021

Date