FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOEY JOSE LOPEZ,<br><br>  Defendant. | No.  4:18-CR-6017-EFS-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE THE SUPERVISED RELEASE HEARING** |

Counsel for Defendant Joey Jose Lopez seeks to continue the August 31, 2021 supervised release/revocation hearing to April 12, 2022, because Defendant has a related federal case (No. 21-CR-6019-SAB), which is set for trial on February 22, 2022. Neither Defendant, counsel for the United States, nor Defendant's counsel in the related matter oppose the requested continuance. The Court finds good cause to continue the supervised release hearing so that the related matter can be resolved in advance. Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue the Supervised Release/Revocation Hearing and related Motion to Expedite, **ECF Nos. 91 & 92**, are **GRANTED**.

ORDER - 1

2. The August 31, 2021 supervised release hearing is **RESET** to **April 12, 2022, at 10:00 a.m. in RICHLAND**.

3. The SR hearing is scheduled to last for thirty (30) minutes. If counsel believes that the hearing will last longer, counsel shall contact the Courtroom Deputy at (509) 943-8174 **14 days** before the hearing to request additional time.

4. The U.S. Probation Office shall file its recommendation, with disclosure limited to the Court, **by March 30, 2022**.

5. Counsel shall file any material to be considered at the supervised release hearing **by March 24, 2022.** Counsel is limited to a single memorandum of points and authorities, not to exceed 5 pages.

6. Counsel shall file any responsive memorandum, not to exceed 5 pages, **by March 29, 2022**.

7. No other pleadings shall be filed without the advance permission of the Court.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 30th day of August 2021.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge

ORDER - 2